ELLA ETTA SMITH, DEFENDANT IN ERROR, v. JOSEPHINE
T. WEAVER, PLAINTIFF IN ERROR.

Argued March 10, 1908—Decided June 15, 1908.

On error to the Supreme Court, whose opinion is reported
in 46 *Vroom* 31.

For the plaintiff in error, *John J. Crandall.*

PER CURIAM.

The judgment under review should be affirmed, for the
reasons expressed in the opinion delivered by Mr. Justice
Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED,
PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDEN-
BURGH, GREEN, GRAY, DILL, J.J.    12.

*For reversal*—None.